**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Slade MILLER, Defendant—Appellant.**

**No. 05–6994.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2005.

Decided Oct. 21, 2005.

Slade Miller, Appellant Pro Se.

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Slade Miller, a federal prisoner, appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2000), based upon Amendment 632 to the Federal Sentencing Guidelines. Because Amendment 632 does not provide Miller the relief he seeks under § 3582(c)(2), we affirm for the reasons stated by the district court. *See United States v. Miller,* No. CR–89–196 (E.D.Va. filed June 9, 2005 & entered June 10, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*